UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
VANESSA WICKHAM,

                                Plaintiff,

     -against-

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                                Defendant.
------------------------------------------------------------------------x

1:19-CV-01301-NGG-RLM

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears herein as counsel for the Plaintiff and demands that all papers served herein be served upon him.

Date:  May 8, 2019
         New York, New York

                                        JAROSLAWICZ & JAROS PLLC
                                        225 Broadway, 24th Floor
                                        New York, New York 10007
                                        Tel: (212) 227-2780
                                        Fax: (212) 227-5090
                                        Email: tmiller@lawjaros.com

                                        By:    s/ Thomas J. Miller