ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 15, 2019  
START: 3:30 pm  
END: 4:00 pm

DOCKET NO: 19-cv-1301

CASE: Wickham v. Philadelphia Indemnity Insurance Company

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Thomas Miller |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Andrew Small |
|  |  |
|  |  |

- [x] FACT DISCOVERY TO BE COMPLETED BY November 12, 2019
- [x] NEXT (Settlement) CONFERENCE SCHEDULED FOR October 10, 2019 at 2:00 pm
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties sign a section 636 consent form, and also consent to have the presiding magistrate judge conduct the settlement conference.

Pleadings may be amended until June 19, 2019.

Plaintiff's expert disclosures shall be served by August 21, 2019; defendant's are due by September 23, 2019; expert depositions shall be completed by November 12, 2019.