ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: June 13, 2019  
START: 4:00 pm  
END: 4:30 pm

DOCKET NO: 19-cv-1301

CASE: Wickham v. Philadelphia Indemnity Insurance Company

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

PLAINTIFF — ATTORNEY: Tom Miller

DEFENDANT — ATTORNEY: Andrew Small

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a premotion conference in connection with defendant's anticipated motion for judgment on the pleadings. In order to eliminate or at least narrow the motion, the Court gives plaintiff until June 20, 2019 to amend the complaint. Defendant will advise the Court and plaintiff, via ECF, by June 24, 2019, whether defendant still intends to file such

a motion. ~~Defendants'~~ motion papers are due by July 12, 2019; plaintiff's opposition is due by August 2, 2019; defendant's reply is due by August 9, 2019. Discovery is neither stayed nor narrowed in the interim.