# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200      FAX (212) 869-4242

asmall@molodspitz.com

www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

June 21, 2019

<u>Via ECF</u>
Hon. Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Wickham v. Philadelphia Indemnity Insurance Company</u>
      Case No. 1:19-cv-01301 (RLM)
      Our File Number: PHIC-889

Dear Judge Mann:

  Our office represents the Defendant, Philadelphia Indemnity Insurance Company ("Philadelphia"), in the above-referenced action.

  Pursuant to Your Honor's pre-motion conference Order dated June 13, 2019, please be advised that, regarding Plaintiff's Amended Complaint, the Defendant Philadelphia will move for an Order seeking Judgment on the Pleadings.

  In accordance with the Court's briefing schedule, the Defendant's Motion will be filed by July 12, 2019. Thank your for your kind attention to this matter.

        Respectfully,

        MOLOD, SPITZ & DeSANTIS, P.C.

        By: _____
           Andrew Small, Esq.

cc: Thomas Miller, Esq.
   *Atty. for Plaintiff*