# EXHIBIT D

# NOTE OF ISSUE

Calendar No. (if any) _____
Index No. 519906/2016

Supreme Court of the State of New York
County of Kings

-----------------------------------------------------------x

VANESSA WICKHAM,

                         *Plaintiff,*

- against -

FRANCIS P. MARUNA and ALAN MARUNA,

                         *Defendants.*

-----------------------------------------------------------x

Special Preference claimed under _____
_____

**JAROSLAWICZ & JAROS PLLC**
Attorneys for Plaintiff
225 Broadway - 24th Floor
New York, New York 10007
(212) 227-2780

**LAW OFFICES OF HARRIS, KING, FODERA & CORREIA**
Attorneys for Defendants
One Battery Park Plaza, 29th Floor
New York, New York 10004
(212) 487-9701

              Hon. Pamela L. Fisher
              Name of Judge Assigned

                      **NOTICE OF TRIAL**

[ X ]    Trial by Jury Demanded
    [ X ]    of All Issues
    [   ]    of Issues Specified Below
    [   ]    or Attached Hereto

[   ]    Trial Without Jury

| Filed by Attorneys for | Plaintiff | Date |
|---|---|---|
| Summons Served | 11/26/16 | |
| Date Service Completed | 11/26/16 | |
| Date Issue Joined | 12/28/16 | |

[   ]    Contract
[   ]    Contested Matrimonial
[   ]    Uncontested Matrimonial
[   ]    Tax Certiorari
[   ]    Condemnation
[   ]    Other (Specify)
[   ]    This action is brought as a class action.

Amount Demanded: judgment for all damages properly recoverable under CPLR 3017(c). The amount sought exceeds the jurisdiction limits of the lower courts. Not to exceed $5,000,000.

Insurance carrier(s): Safeco Insurance Company of America

Service by NYSCEF

## CERTIFICATE OF READINESS FOR TRIAL

|   |   | Completed | Waived | Not Required |
|---|---|---|---|---|
| 1. | All pleadings served and filed. | X | | |
| 2. | Bill of Particulars served and filed. | X | | |
| 3. | Physical examinations completed. | X | | |
| 4. | Medical reports exchanged. | X | | |
| 5. | Appraisal reports exchanged. | | | X |
| 6. | Compliance with the Rules in matrimonial action. | | | X |
| 7. | Discovery proceedings now known to be necessary, completed. *Plaintiff does not waive any outstanding discovery. | X* | | |

8. There are no outstanding requests for discovery.
    *Plaintiff does not waive any outstanding discovery.

9. There has been a reasonable opportunity to complete the foregoing proceedings.

10. There has been compliance with any order issued pursuant to the Precalendar Rules (22 NYCRR 202.12).

11. If a medical malpractice action, there has been compliance with any order issued pursuant to 22 NYCRR 202.56.

12. This action is ready for trial.

Dated:   New York, New York
         January 9, 2018

JAROSLAWICZ & JAROS PLLC
BY: Thomas J. Miller
Attorneys for Plaintiff
225 Broadway - 24th Floor
New York, New York  10007
(212) 227-2780