# EXHIBIT E

CALENDAR #: 126

At a Note of Issue Final Conference Part of the Supreme Court of the State of New York, held in and for the County of Kings, located at 360 Adams Street, Brooklyn, NY, on the 9 day of Jan, 2018.

PRESENT: Martin Schneier
Justice/JHO

-----------------------------------X

Wickham         Plaintiff(s)

- against -

Maruna          Defendant(s)

-----------------------------------X

**FINAL PRE-NOTE ORDER**

Index No. 519906 16

Plaintiff must file a Note of Issue on or before 1/12/18.
Final itemization of Discovery to be completed:

① S; to provide excess info or affidavit re: no excess w/in 45 days

② S to designate IME w/in 30 days + π to appear w/in 30 days + S to exchange report w/30 days

The terms of this order supercede the provisions of all prior orders.
**FAILURE TO STRICTLY COMPLY WITH THIS ORDER, WITHOUT LEAVE OF THE COURT, WILL RESULT IN PRECLUSION, THE STRIKING OF A PLEADING AND/OR SANCTIONS AS MAY BE APPROPRIATE.**

π not on consent
B Hqms Keg -

ENTER,

_____
HON. MARTIN SCHNEIER, JUSTICE/JHO

Plaintiff: Thomas J. Miller