# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------X
VANESSA WICKHAM,                                   Index No.: 519906/2016

                                 Plaintiff,          **STIPULATION OF**
-against-                                                                  **DISCONTINUANCE**

FRANCIS P. MARUNA and ALAN MARUNA,

                                 Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties herein, that the above entitled action is hereby discontinued with prejudice and without costs. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       November 12, 2018

JAROSLAWICZ & JAROS PLLC
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

By: _____
David Jaroslawicz, Esq.

Law Offices of Harris, King, Fodera & Correia
One Battery Park Plaza, 29th Floor
New York, New York 10004
(212) 487-9701

By: _____
Ryan Hershkowitz, Esq.