# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

asmall@molodspitz.com

www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

July 12, 2019

*Via ECF*
Hon. Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Wickham v. Philadelphia Indemnity Insurance Company
              Case No. 1:19-cv-01301 (RLM)
              Our File Number: PHIC-889

Dear Judge Mann:

      Our office represents the Defendant, Philadelphia Indemnity Insurance Company ("Philadelphia"), in the above-referenced action.

      Pursuant to Your Honor's Rule B. 5., Oral Argument is requested regarding Defendant's Motion for Judgment on the Pleadings filed July 12, 2019.

      Thank your for your kind attention to this matter.

                          Respectfully,

                          MOLOD, SPITZ & DeSANTIS, P.C.

                          *S/ Salvatore J. DeSantis*
                By:  _____
                          Salvatore J. DeSantis, Esq.

cc:    Thomas Miller, Esq.
       *Atty. for Plaintiff*